No. 73–143. THEODORIES v. PETERSON MARINE SERVICES, INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–144. LOCAL 7–210, OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO v. UNION TANK CAR CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–195. ZICARELLI v. NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5004. ESSEX v. ELLIOTT. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5015. GARCIA ET AL. v. JONES, DIRECTOR, STATE DIVISION OF FAMILY SERVICES. Sup. Ct. Utah. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5023. LASSITER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5032. LOMAX ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 73–5039. JOHNSON v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5048. TURK v. MITCHELL. Ct. App. Ohio, Lucas County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.